Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−14650−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin D Bittner Jr.
   aka Justin Dennis Bittner Jr
   14 N. Market Street
   Gibbstown, NJ 08027

Social Security No.:
   xxx−xx−0422

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           7/16/25
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: May 5, 2025
JAN: lgr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Justin D Bittner, Jr.  
     Debtor

Case No. 25-14650-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 05, 2025      Form ID: 132      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin D Bittner, Jr., 14 N. Market Street, Gibbstown, NJ 08027-1143 |
| 520642153 | | Citi Preferred Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 520644034 | + | David Bittner, 14 N. Market Street, Gibbstown, NJ 08027-1143 |
| 520642170 | | Webbank/OneMain/FIS, PO Box 31535TA-74, Tampa, FL 33631 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520642146 | + | Email/Text: bk@avant.com | May 05 2025 20:39:00 | Advant, 222 W. Merchandise Mart P, Chicago, IL 60654-1103 |
| 520642147 | | Email/PDF: bncnotices@becket-lee.com | May 05 2025 20:51:16 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520642148 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 05 2025 20:38:00 | Apple Card, 11850 S. Election Rd, Draper, UT 84020-6814 |
| 520642149 | | Email/Text: bk@avant.com | May 05 2025 20:39:00 | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 520642150 | | Email/Text: BarclaysBankDelaware@tsico.com | May 05 2025 20:38:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520642151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 05 2025 21:02:27 | Cap1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520642152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2025 20:51:59 | Citi Double Cash Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520642154 | + | Email/Text: mrdiscen@discover.com | May 05 2025 20:38:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520642156 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | May 05 2025 20:38:00 | Firstmark Services, PO Box 2977, Omaha, NE 68103-2977 |
| 520642157 | | Email/Text: clientservices@glassmountaincapital.com | May 05 2025 20:38:00 | Glass Mountain Capital LLC, 1375 W. Woodfield Rd., Suite 400, Schaumburg, IL 60173 |
| 520642158 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2025 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520642159 | | Email/Text: customerservice@launchservicing.com | May 05 2025 20:38:23 | Launch Servicing LLC, PO Box 91910, Sioux Falls, SD 57109-1910 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2025 | Form ID: 132 | Total Noticed: 29 |

| Recip ID | | Notice Type | Sent Date/Time | Name and Address |
|---|---|---|---|---|
| 520642160 | | Email/Text: camanagement@mtb.com | May 05 2025 20:38:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1345 |
| 520642163 | | Email/Text: EBN@Mohela.com | May 05 2025 20:38:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520642162 | | Email/Text: EBN@Mohela.com | May 05 2025 20:38:00 | Mohela, P.O. Box 1022, Chesterfield, MO 63005-1243 |
| 520642161 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 05 2025 21:02:20 | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520642164 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 05 2025 20:38:00 | Nissan Motor Acceptance Company, NMAC Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |
| 520642165 | + | Email/Text: bankruptcy@second-round.com | May 05 2025 20:39:00 | Second Round, LP, PO Box 41955, Suite 90, Austin, TX 78704-0033 |
| 520642166 | ^ | MEBN | May 05 2025 20:36:47 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520642167 | | Email/Text: bncmail@w-legal.com | May 05 2025 20:38:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 520642168 | | Email/Text: bknotice@upgrade.com | May 05 2025 20:38:00 | Upgrade, Lbx #452210, PO Box 52210, Phoenix, AZ 85072-2210 |
| 520642169 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2025 20:38:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 520642171 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | May 05 2025 21:02:26 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520642155 | | Elan Fin Svcs/Fulton, 5325 17th Ave S., AZ 85125 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 07, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2025 | Form ID: 132 | Total Noticed: 29 |

Richard S. Hoffman, Jr.  on behalf of Debtor Justin D Bittner  Jr. rshoffman@hoffmandimuzio.com, jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 3