*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
| | Case No. 25-14650 (JNP) |
| **Justin D. Bittner, Jr.** | *CERTIFICATION IN SUPPORT OF ORDER DISMISSING CASE* |
| **Debtor(s).** | |

I, Andrew B. Finberg, Chapter 13 Standing Trustee, am authorized to make this certification.

1. I Andrew B. Finberg, Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Debtor filed a Chapter 13 Petition on May 2, 2025, with the assistance of Richard S. Hoffman, Jr., Esquire.

5. Debtor filed a Chapter 13 Plan on May 2, 2025, proposing payment of $1,000 for sixty (60) months to pay administrative fees of $4,313, separately classified student loan debt to be paid outside of plan by Debtor; and a pro rata dividend to the unsecured creditors who timely filed a proof of claim.

6. Debtor appeared at the Section 341(a) Meeting on June 5, 2025.

7. At the fifth listing for confirmation held on November 19, 2025, the Trustee agreed to adjourn the hearing to December 17, 2025, with a Final Adjournment Order.

8. On November 20, 2025, a Final Adjournment Order was entered by the Court. The Order required the Debtor to file amended Schedule I to properly reflect the income and deductions and submit six (6) months proof of student loan expenses listed on Schedule J.

9. Pursuant to the November 20, 2025, Order, if the Debtor failed to comply with the terms of the Order or failed to file an opposition with the Court seven (7) days prior to the Final Adjournment Date, the Trustee may file a Certification of Non-Compliance dismissing the case.

10. Debtor failed to file an opposition to the Final Adjournment Order. Debtor has not filed amended Schedule or provided student loan expenses to the Trustee per the November 6, 2025, Order.

11. Contemporaneously with the filing of this Certification, the Trustee is electronically submitting a proposed Order Dismissing Case for the Court's consideration.

I certify that the foregoing statements made by me are true.   I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: December 15, 2025                         By:   /s/ *Andrew B. Finberg*
                                                                                 Andrew B. Finberg,
                                                                                 Chapter 13 Standing Trustee