| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**RICHARD S. HOFFMAN, JR. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>A Partnership of Professional Corporations<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 803-5800<br>Attorneys for Debtor | |
| In Re:<br><br>Justin D. Bittner Jr.<br><br>Debtor | Case No.:    25-14650<br><br>Chapter:    13<br><br>Judge:    JNP |

## CERTIFICATION OF ATTORNEY REGARDING PRESERVATION OF FEES

I, Richard S. Hoffman, Jr., Esquire, hereby certify as follows:

1. I am the Debtor's attorney in the above-referenced matter.

2. The Disclosure of Attorney Compensation stated that the balance of administrative fees are to be paid through the plan and I respectfully request that any funds on hand be payable toward the balance of my fees and disbursed to my firm.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:    12/17/25

/s/ Richard S. Hoffman, Jr.
Richard S. Hoffman, Jr., Esquire
Attorney for Debtor