Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−14650−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Justin D Bittner Jr.
   aka Justin Dennis Bittner Jr
   14 N. Market Street
   Gibbstown, NJ 08027

Social Security No.:
   xxx−xx−0422

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/16/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 17, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 25-14650-JNP

Justin D Bittner, Jr.                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                            Page 1 of 3

Date Rcvd: Dec 17, 2025                             Form ID: 148                                    Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin D Bittner, Jr., 14 N. Market Street, Gibbstown, NJ 08027-1143 |
| 520644034 | + | David Bittner, 14 N. Market Street, Gibbstown, NJ 08027-1143 |
| 520642162 | + | Mohela, P.O. Box 1022, Chesterfield, MO 63006-1022 |
| 520642170 | | Webbank/OneMain/FIS, PO Box 31535TA-74, Tampa, FL 33631 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520642146 | + | Email/Text: bk@avant.com | Dec 17 2025 21:00:00 | Advant, 222 W. Merchandise Mart P, Chicago, IL 60654-1103 |
| 520642147 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:54:54 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 520691293 | | Email/PDF: bncnotices@becket-lee.com | Dec 17 2025 20:55:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520642148 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 17 2025 20:50:00 | Apple Card, 11850 S. Election Rd, Draper, UT 84020-6814 |
| 520642149 | | Email/Text: bk@avant.com | Dec 17 2025 21:00:00 | Avant, PO Box 1429, Carol Stream, IL 60132-1429 |
| 520642150 | | EDI: TSYS2 | Dec 18 2025 01:37:00 | Barclays, PO Box 13337, Philadelphia, PA 19101-3337 |
| 520642151 | + | EDI: CAPITALONE.COM | Dec 18 2025 01:37:00 | Cap1/Kohls Dept Store, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520642152 | + | EDI: CITICORP | Dec 18 2025 01:37:00 | Citi Double Cash Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520642153 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Citi Preferred Card, PO Box 70166, Philadelphia, PA 19176-0166 |
| 520723143 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520642154 | + | EDI: DISCOVER | Dec 18 2025 01:37:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 520650418 | | EDI: DISCOVER | Dec 18 2025 01:37:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |

Case 25-14650-JNP   Doc 25   Filed 12/19/25   Entered 12/20/25 00:13:45   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 148 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520655545 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 17 2025 20:49:00 | Firstmark Serviced Trust, Firstmark Services, PO Box 82522, Lincoln, NE 68501 |
| 520642156 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Dec 17 2025 20:49:00 | Firstmark Services, PO Box 2977, Omaha, NE 68103-2977 |
| 520642157 | | Email/Text: clientservices@glassmountaincapital.com | Dec 17 2025 20:49:00 | Glass Mountain Capital LLC, 1375 W. Woodfield Rd., Suite 400, Schaumburg, IL 60173 |
| 520642158 | | EDI: IRS.COM | Dec 18 2025 01:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520723859 | | EDI: JEFFERSONCAP.COM | Dec 18 2025 01:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520642159 | | Email/Text: customerservice@launchservicing.com | Dec 17 2025 20:49:04 | Launch Servicing LLC, PO Box 91910, Sioux Falls, SD 57109-1910 |
| 520724441 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 17 2025 20:55:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520707934 | | Email/Text: camanagement@mtb.com | Dec 17 2025 20:50:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520642160 | | Email/Text: camanagement@mtb.com | Dec 17 2025 20:50:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1345 |
| 520642163 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 520748786 | | Email/Text: EBN@Mohela.com | Dec 17 2025 20:50:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 520642161 | | EDI: CITICORP | Dec 18 2025 01:37:00 | Macys, PO Box 71359, Philadelphia, PA 19176-1359 |
| 520642164 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | Nissan Motor Acceptance Company, NMAC Bankruptcy Department, PO Box 660366, Dallas, TX 75266-0366 |
| 520698049 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 17 2025 20:50:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 520654383 | + | EDI: AGFINANCE.COM | Dec 18 2025 01:37:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 520726776 | | EDI: Q3G.COM | Dec 18 2025 01:37:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520642165 | + | EDI: SECONDROUND.COM | Dec 18 2025 01:37:00 | Second Round, LP, PO Box 41955, Suite 90, Austin, TX 78704-0033 |
| 520642166 | ^ | MEBN | Dec 17 2025 20:43:36 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 520728069 | | Email/Text: bncmail@w-legal.com | Dec 17 2025 20:50:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520642167 | | EDI: WTRRNBANK.COM | Dec 18 2025 01:37:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 520642168 | | Email/Text: bknotice@upgrade.com | Dec 17 2025 20:49:00 | Upgrade, Lbx #452210, PO Box 52210, Phoenix, AZ 85072-2210 |
| 520642169 | + | EDI: VERIZONCOMB.COM | Dec 18 2025 01:37:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 520642171 | | EDI: WFCCSBK | Dec 18 2025 01:37:00 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 37

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 148 | Total Noticed: 41 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520642155 | | Elan Fin Svcs/Fulton, 5325 17th Ave S., AZ 85125 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Justin D Bittner  Jr. rshoffman@hoffmandimuzio.com, trisley@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6